UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES TOOTHE,<br><br>             Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>             Defendant. | No.   CV-13-3021-RHW<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff. Defendant's Motion for Summary Judgment is **DENIED**.

DATED:  November 17, 2014

                                        SEAN F. McAVOY
                                        Clerk of Court

                                        By:  *s/Cheryl Cambensy*
                                                Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**